STEVEN G. KALAR
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
(415) 436-7700

Counsel for Defendant SHELLS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> RUBEN QUINTIN SHELLS, ) <br> ) <br> Defendant. ) | No. CR 12-831 RS <br><br> **STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF STATUS CONFERENCE AND EXCLUSION OF TIME** <br><br> Date:  February 19, 2013 <br> Time:  2:30 p.m. <br> Court: The Honorable Richard Seeborg |

The parties hereby stipulate and agree as follows:

1. This matter is currently set for a status conference on February 19, 2013 at 2:30 p.m.;

2. Defense counsel has reviewed the forensic discovery, but needs to do further investigation related to possible defenses in the case. Moreover, the parties intend to meet over the coming week over a proposed plea agreement that has not yet been finalized by the government;

3. Counsel for the government has been contacted and has no objection to the continuation;

4. The defense thus requests that the status conference be continued to March 5,

12-831 RS; Stipulation to Continue              1

1     2013 at 2:30 p.m.

2     5.  Further, and in light of the foregoing, the parties stipulate and jointly request that time be excluded from the Speedy Trial Act calculations from Tuesday, February 19, 2013 through Tuesday, March 5, 2013 on the grounds of effective preparation of counsel. The parties agree that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(iv)..

IT IS SO STIPULATED.

Dated: February 15, 2013

_____/s/_____
ELIZABETH M. FALK
ASSISTANT FEDERAL PUBLIC DEFENDER


Dated: February 15, 2013    _____/s/_____
                             J. MARK KANG
                             SPECIAL ASSISTANT UNITED STATES ATTORNEY

## [~~PROPOSED~~] ORDER

For the reasons set forth above, the hearing in the aforementioned matter is hereby CONTINUED from February 19, 2013 to March 5, 2013 at 2:30 p.m.

In addition, for the reasons stated above, the Court finds that an exclusion of time from Tuesday, February 19, 2013 through Tuesday, March 5, 2013 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. §3161 (h)(7)(A).

**IT IS SO ORDERED**.

DATED: __2/15/13_____          _____
                                         THE HONORABLE RICHARD SEEBORG
                                         UNITED STATES DISTRICT JUDGE