1  STEVEN G. KALAR
   Federal Public Defender
2  ELIZABETH M. FALK
   Assistant Federal Public Defender
3  19th Floor Federal Building
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   (415) 436-7700
5
   Counsel for Defendant SHELLS
6

7           IN THE UNITED STATES DISTRICT COURT

8           FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,           )   No. CR 12-831 RS
                                       )
11           Plaintiff,                )   STIPULATION AND [PROPOSED]
                                       )   ORDER FOR CONTINUANCE OF
12     v.                              )   STATUS CONFERENCE
                                       )   AND EXCLUSION OF TIME
13                                     )
   RUBEN QUINTIN SHELLS,               )   Date:  February 19, 2013
14                                     )   Time:  2:30 p.m.
             Defendant.                )   Court: The Honorable Richard Seeborg
15 _____

16

17     The parties hereby stipulate and agree as follows:

18     1.   This matter is currently set for a status conference on April 2, 2013 at 2:30 p.m.;

19     2.   Defense counsel received the proposed plea agreement on Friday, March 29, 2013

20          and conveyed it to her client today;

21     3.   Mr. Shells has requested additional research be done on possible motion and trial

22          defenses. Undersigned counsel needs additional time to complete that research

23          and meet with her client;

24     4.   Mr. Shells lives in Sebastapol and is only transported by his mother to meetings

25          with counsel. Undersigned counsel also represents to the Court that her client

26          suffers from some mental health issues and she will need to meet with her client

several times to ensure he understands his options as well as the risks and potential benefits of filing motions and/or proceeding to trial. Accordingly, the requested period of continuance accounts for all of the aforementioned factors;

5. Counsel for the government has been contacted and has no objection to the continuation;

6. The defense thus requests that the status conference be continued to April 23, 2013 at 2:30 p.m.

7. Further, and in light of the foregoing, the parties stipulate and jointly request that time be excluded from the Speedy Trial Act calculations from Tuesday, April 2, 2013 through Tuesday, April 23, 2013 on the grounds of effective preparation of counsel. The parties agree that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(iv)..

IT IS SO STIPULATED.

Dated: April 1, 2013

_____/s/_____
ELIZABETH M. FALK
ASSISTANT FEDERAL PUBLIC DEFENDER

Dated: April 1, 2013              _____/s/_____
LAURA VARTAIN HORN
ASSISTANT UNITED STATES ATTORNEY

# [PROPOSED] ORDER

For the reasons set forth above, the hearing in the aforementioned matter is hereby CONTINUED from April 2, 2013 to April 23, 2012 at 2:30 p.m.

In addition, for the reasons stated above, the Court finds that an exclusion of time from Tuesday, April 2, 2013 through Tuesday, April 23, 2013 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. §3161 (h)(7)(A).

**IT IS SO ORDERED**.

DATED: 4/1/2013

THE HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE