STEVEN G. KALAR
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
(415) 436-7700

Counsel for Defendant SHELLS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 12-831 RS |
|---|---|---|
| Plaintiff, | ) ) ) | **STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF STATUS CONFERENCE AND EXCLUSION OF TIME** |
| v. | ) ) ) | |
| RUBEN QUINTIN SHELLS, | ) ) | Date:  July 30, 2013
Time:  2:30 p.m. |
| Defendant. | ) | Court: The Honorable Richard Seeborg |

The parties hereby stipulate and agree as follows:

1. This matter is currently set for a status conference on July 30 at 2:30 p.m. for further hearing on defendant's competency to stand trial;

2. Pretrial Services has advised the parties that the evaluating doctor needs an additional week to complete his report and present the report to the Court in a timely manner prior to the next appearance;

3. Defense counsel is unavailable August 6, 2013. Accordingly, the parties jointly request a continuance of the status conference to August 13, 2013, at 2:30 p.m.

4. The parties stipulate that time continues to be excluded from the Speedy Trial calculations due to the fact that the defendant is in the process of undergoing

competency proceedings.  *See* 18 U.S.C. § 3161(h)(1)(A).

IT IS SO STIPULATED.

Dated: July 30, 2013

_____/s/_____
ELIZABETH M. FALK
ASSISTANT FEDERAL PUBLIC DEFENDER

Dated: July 30, 2013

_____/s/_____
CAROLYN SILANE
ASSISTANT UNITED STATES ATTORNEY

[~~PROPOSED~~] ORDER

For the reasons set forth above, the hearing in the aforementioned matter is hereby CONTINUED from July 30, 2013 to August 13, 2013 at 2:30 p.m.

**IT IS SO ORDERED**.

DATED: 7/30/13 _____
THE HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE