STEVEN G. KALAR
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
(415) 436-7700

Counsel for Defendant SHELLS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 12-831 RS |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF STATUS CONFERENCE AND EXCLUSION OF TIME** |
| v. | ) | |
| RUBEN QUINTIN SHELLS, | ) | Date: September 17, 2013<br>Time: 2:30 p.m.<br>Court: The Honorable Richard Seeborg |
| Defendant. | ) | |

The parties hereby stipulate and agree as follows:

1. This matter is currently set for a status conference on September 17 at 2:30 p.m. for further hearing on defendant's competency to stand trial;

2. The parties have arranged a meeting with Mr. Shells' treating doctor, but due to the parties' schedules and vacation schedules, the meeting could not be arranged until October 7, 2013;

3. Accordingly, the parties jointly request a continuance of the status conference to October 22, 2013, at 2:30 p.m., to allow for post-meeting action and account for defense counsel's unavailability between October 9 and October 14, 2013;

4. The parties stipulate that time continues to be excluded from the Speedy Trial

calculations due to the fact that the defendant is in the process of undergoing competency proceedings. See 18 U.S.C. § 3161(h)(1)(A).

IT IS SO STIPULATED.

Dated: September 13, 2013

                                          /s/
                                ELIZABETH M. FALK
                                ASSISTANT FEDERAL PUBLIC DEFENDER

Dated: September 13, 2013

                                          /s/
                                CAROLYN SILANE
                                ASSISTANT UNITED STATES ATTORNEY

## [~~PROPOSED~~] ORDER

For the reasons set forth above, the hearing in the aforementioned matter is hereby CONTINUED from September 17, 2013 to October 22, 2013 at 2:30 p.m.

**IT IS SO ORDERED**.

DATED: 9/13/13

                                          THE HONORABLE RICHARD SEEBORG
                                          UNITED STATES DISTRICT JUDGE