MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

ELISE BECKER (NYBN 2540730)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6878
    FAX: (415) 436-7234
    Elise.Becker@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. CR 12-0831 RS |
| Plaintiff, | ) [~~PROPOSED~~] ORDER OF DISMISSAL |
| v. | ) |
| RUBEN SHELLS, | ) |
| Defendant. | ) |

Pursuant to Federal Rule of Criminal Procedure 48(a) and the United States Attorney for the Northern District of California's motion to dismiss the above Indictment, the Indictment in the above captioned case is dismissed with prejudice.

Date: July 30, 2015

_____
RICHARD SEEBORG
United States District Judge

ORDER OF DISMISSAL (CR 12-0831 RS)